# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LAQUETA D. TEIGEN-GRUMMONS, as Personal Representative for the Estate of RANDY STUBBLEFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWIND FREIGHT AND GLOBAL LOGISTICS, L.P. d/b/a LEVINGE FREIGHTLINES; RICHARD SMITH; AND JOHN DOES 1-5<br><br>Defendants. | Cause No: CV 20-191-SPW-TJC<br><br>**ORDER DISMISSING WITH PREJUDICE** |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 7), indicating that the case is fully settled and resolved, and good causing appearing,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of September, 2021.

SUSAN P. WATTERS
United States District Judge